ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN - 9 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

JONATHAN ERIC GARDINER,
  A/K/A ERIC GARDINER
  A/K/A PROGRESS,
  A/K/A DOCTOR,
  A/K/A PLAYER

Criminal Indictment

No.    1 : 26 C R - 0 2 5 9

THE GRAND JURY CHARGES THAT:

## Count One
### (Conspiracy to Import a Controlled Substance)

Beginning on a date unknown, but at least as of in or about December 2022, and continuing to on or about May 12, 2026, in the Northern District of Georgia and elsewhere, the defendant,

JONATHAN ERIC GARDINER, A/K/A ERIC GARDINER, A/K/A PROGRESS,
A/K/A DOCTOR, A/K/A PLAYER,

did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with Charles Dunn, a/k/a Silk, Ernest Mordeau Deas, a/k/a Shorty, Afiba Small John, a/k/a Feebs, Brittney Hicks, and others known and unknown to the Grand Jury, to violate Title 21, United States Code, Sections 952(a) and 960(a)(1), that is, to knowingly and intentionally import a controlled substance into the United States from a place outside thereof, said conspiracy involving at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to

Title 21, United States Code, Section 960(b)(1)(B), all in violation of Title 21, United States Code, Section 963.

## Count Two
### (Conspiracy to Possess with Intent to Distribute a Controlled Substance)

Beginning on a date unknown, but at least as of in or about December 2022, and continuing until on or about May 12, 2026, in the Northern District of Georgia and elsewhere, the defendant,

JONATHAN ERIC GARDINER, A/K/A ERIC GARDINER, A/K/A PROGRESS, A/K/A DOCTOR, A/K/A PLAYER,

did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with Charles Dunn, a/k/a Silk, Ernest Mordeau Deas, a/k/a Shorty, Afiba Small John, a/k/a Feebs, Brittney Hicks, and others known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with intent to distribute a controlled substance, said conspiracy involving at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 846.

2

## Prior Conviction Notice

Before the defendant, JONATHAN ERIC GARDINER, A/K/A ERIC GARDINER, A/K/A PROGRESS, A/K/A DOCTOR, A/K/A PLAYER, committed the offenses charged in Counts One and Two of this Indictment, JONATHAN ERIC GARDINER, A/K/A ERIC GARDINER, A/K/A PROGRESS, A/K/A DOCTOR, A/K/A PLAYER, was convicted of conspiracy to import five kilograms or more of cocaine, in violation of Title 21, United States Code, Section 963, on or about May 18, 2006, in the United States District Court for the Southern District of Florida, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment within 15 years of the commencement of the instant offenses.

## Forfeiture

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, JONATHAN ERIC GARDINER, A/K/A ERIC GARDINER, A/K/A PROGRESS, A/K/A DOCTOR, A/K/A PLAYER, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853 and Title 21, United States Code, Section 970, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation, including but not limited to, the following:

3

> MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offense alleged in Count One of this Indictment.

Upon conviction of the offense alleged in Count Two of this Indictment, the defendant, JONATHAN ERIC GARDINER, A/K/A ERIC GARDINER, A/K/A PROGRESS, A/K/A DOCTOR, A/K/A PLAYER, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation, including but not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offense alleged in Count Two of this Indictment.

If, any of the property subject to forfeiture, as a result of any act or omission of the defendant:

> (a) cannot be located upon the exercise of due diligence;
>
> (b) has been transferred or sold to, or deposited with, a third party;
>
> (c) has been placed beyond the jurisdiction of the court;
>
> (d) has been substantially diminished in value; or
>
> (e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 21, United States Code, Section 970, to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A _____ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

JOHN T. DEGENOVA
*Assistant United States Attorney*
Georgia Bar No. 940689

DWAYNE A. BROWN JR.

DWAYNE A. BROWN, JR.
*Assistant United States Attorney*
Georgia Bar No. 509554

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000