IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

JONATHAN ERIC GARDINER

Criminal Action No.

1 : 26 C R - 0 2 5 9

**UNDER SEAL**

**Motion to Seal Indictment**

The United States of America, by Theodore S. Hertzberg, United States Attorney, and John T. DeGenova, Assistant United States Attorney for the Northern District of Georgia, respectfully requests that the attached **Indictment**, motion to seal and order be sealed for the following reasons:

This indictment relates to an ongoing investigation of individuals in the Northern District of Georgia and other jurisdictions. Public disclosure of the indictment could adversely affect this investigation by causing targets to destroy or tamper with evidence, become more clandestine in their operations and conduct, or flee from the jurisdiction. *In re Sealed Affidavit(s) to Search Warrants*, 600 F.2d 1256, 1257-58 (9th Cir. 1979); *see Washington Post v. Robinson*, 935 F.2d 282, 290 (D.C. Cir. 1991); *see also United States v. Gomez*, 323 F.3d 1305, 1307 (11th Cir. 2003) ("district courts have substantial supervisory powers over their records and files").

2

WHEREFORE, the United States of America respectfully requests that this motion, the **Indictment** and ensuing order be sealed.

Submitted this 9th day of June 2026.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

JOHN T. DEGENOVA
*Assistant United States Attorney*
Georgia Bar No. 940689
John.DeGenova@usdoj.gov