FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN - 9 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | Enter Court Number |
| Jonathan Eric Gardiner | **UNDER SEAL** |
| | 1 : 26 C R - 0 2 5 9 |

**Order**

Having read and considered the government's Motion to Seal **Indictment** and application and for good cause shown,

It is hereby ORDERED that the **Indictment** and application be sealed.

SO ORDERED this __9th__ day of __June__, 20 __26__.

_____

JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE

Presented by:
John T. DeGenova, Special Assistant United States Attorney