U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN - 9 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Division: Atlanta
(USAO: 2024R00595)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

| | |
|---|---|
| **COUNTY NAME:** Fulton | **DISTRICT COURT NO.** |
| | **1 ‡ 26 C ‖ - 0 2 5 9** |

**MAGISTRATE CASE NO.**

| X Indictment | Information | Magistrate's Complaint |
|---|---|---|
| DATE: June 9, 2026 | DATE: | DATE: |

UNITED STATES OF AMERICA
vs.
JONATHAN  ERIC  GARDINER

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

**Is the defendant in custody?**   X Yes   No
**Is the defendant in custody on this charge or other conviction?**   On this charge
**Is the defendant awaiting trial on other charges?**   Yes   X No
  Other charges:
  Name of institution:

**Will the defendant require an interpreter?**   Yes   X No

District Judge:

Attorney:  John T. DeGenova
Defense Attorney: