U.S. Department of Justice
United States Attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN - 9 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

JONATHAN ERIC Gardiner

**Agent to Arrest**

Indictment/Information

1 ‡ 26 C ‖ - 0 2 5 9

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, and request that warrant be lodged as detainer, in the above-stated case.

John T. DeGenova
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ____.

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL
6/9/2026
BY_____
DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94