**FILED IN CHAMBERS**
**U.S.D.C ATLANTA**

Date: Aug 05 2026

**KEVIN P. WEIMER** , Clerk

By: E. M. Morrell

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

JONATHAN ERIC GARDINER,

A/K/A ERIC GARDINER

Criminal Action No.

1:26-CR-0259

## Motion to Unseal Indictment

The United States of America, by Theodore S. Hertzberg, United States
Attorney, and Dwayne A. Brown Jr., Assistant United States Attorney for the
Northern District of Georgia, moves this court to unseal the **Indictment** in the
above-styled case and in support thereof shows that, on June 9, 2026, a federal
grand jury in the Northern District of Georgia returned a sealed Indictment
against the defendant, Jonathan Eric Gardiner.  The Defendant is currently in the
custody of the United States Marshals. Accordingly, the need to keep the
Indictment under seal no longer exists.

2

WHEREFORE, the government respectfully requests that **Indictment** be unsealed.

Respectfully submitted,

THEODORE S. HERTZBERG
  *United States Attorney*

***Dwayne A. Brown Jr.***

DWAYNE A. BROWN JR.
  *Assistant United States Attorney*
Georgia Bar No. 509554
Dwayne.brown@usdoj.gov