IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**FILED IN CHAMBERS**
**U.S.D.C ATLANTA**

Date: Aug 05 2026

**KEVIN P. WEIMER** , Clerk

By: E. M. Morrell

Deputy Clerk

| UNITED STATES OF AMERICA | Criminal Action No. |
|---|---|
| v. | 1:26-CR-0259 |
| JONATHAN ERIC GARDINER A/K/A ERIC GARDINER | |

## Order

Having read and considered the government's Motion to Unseal **Indictment** and application and for good cause shown,

It is hereby ORDERED that the **Indictment** and application be unsealed.

SO ORDERED this __5th__ day of August, 2026.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE

Presented by:
Dwayne A. Brown Jr., Assistant United States Attorney

ATTEST: A TRUE COPY
CERTIFIED THIS

Date: Aug 05 2026

KEVIN P. WEIMER, Clerk

By: E. M. Morrell

Deputy Clerk